UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.C., an infant by her father and natural guardian, John Catapano, et al.,<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>JIMINY PEAK MOUNTAIN RESORT, LLC, et al.,<br><br>　　　Defendants. | Case No. 3:13-cv-30119-MGM[1] |

FURTHER SCHEDULING ORDER
May 7, 2015

ROBERTSON, U.S.M.J.

1. Plaintiffs' trial expert(s) shall be designated and disclosure served by June 15, 2015.

2. Defendants' independent medical examinations and trial expert(s) shall be designated and disclosure served by July 15, 2015.

3. Expert depositions shall be completed by August 31, 2015.

4. Defendants' motions for summary judgment shall be filed on or before October 14, 2015; Plaintiffs' oppositions thereto and cross-motions for summary judgment shall be filed on or before November 15, 2015.

It is So Ordered.

　　　　　　　　　　　　　　　　　　　　/s/ Katherine A. Robertson
　　　　　　　　　　　　　　　　　　　　KATHERINE A. ROBERTSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Consolidated with lead case 13-cv-30108-MGM