UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

MELISSA CATAPANO, an infant by her
father and natural guardian, John Catapano, and
JOHN CATAPANO, Individually and DANIELLE
CATAPANO, an infant by her mother and natural
guardian, CHRISTINE CATAPANO and CHRISTINE
CATAPANO, Individually
    Plaintiffs,

C.A. NO: 3:13-cv-30119-MAP

v.

(Consolidated with Lead Case:
JIMINY PEAK MOUNTAIN RESORT, LLC and    C.A. No. 3:13-CV-30108-KPN)
WIEGAND SPORTS, LLC,
    Defendants

v.

JOHN CATAPANO
    Third-Party Defendant
_____

**DEFENDANTS, JIMINY PEAK MOUNTAIN RESORT, LLC, AND WIEGAND SPORTS, LLC, JOINT STATUS REPORT IN RESPONSE TO THE COURT'S ORDER DATED DECEMBER 1, 2016 (Docket #95)**

NOW COMES the defendants, Jiminy Peak Mountain Resort, LLC ("Jiminy Peak"), and Wiegand Sports, LLC ("Wiegand")(collectively, the "parties"), and hereby provide their response to the Court's order of December 1, 2016 (Docket #95). Specifically, the parties have agreed to participate in court assisted mediation with Magistrate Judge Robertson and have further agreed upon March 24, 2017, for the date of said mediation, which the parties understand is available for the Court.

WHEREFORE, the parties respectfully request that this Honorable Court schedule this matter for court assisted mediation on March 24, 2017, to establish the amounts owed by each

1

party under their respective duties to defend and indemnify and to resolve their common law claims.

Respectfully submitted,

| | |
|---|---|
| **JIMINY PEAK MOUNTAIN RESORT, LLC,** | **WIEGAND SPORTS, LLC** |
| By its attorneys, | By its attorneys, |
| /s/ Matthew D. Sweet | /s/ Vacharaesorn Vivacharawongse |
| Richard J. Shea, Esq.<br>Jennifer B. Hardy, Esq.<br>Matthew D. Sweet, Esq.<br>Hamel, Marcin, Dunn, Reardon & Shea, P.C.<br>24 Federal Street, 11th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 482-0007<br>Facsimile: (617) 451-7866<br>rshea@hmdrslaw.com<br>jhardy@hmdrslaw.com<br>msweet@hmdrslaw.com | Frank J. Ciano, Esq.<br>Vacharaesorn Vivacharawongse, Esq.<br>Michael D. Shalhoub<br>Goldberg Segalla LLP<br>11 Martine Ave., Suite 750<br>White Plains, NY 10606<br>(914)798.5400 |

Dated: January 12, 2017

## **CERTIFICATE OF SERVICE**

I, Matthew D. Sweet, hereby certify that I have served this document on all counsel of record via the ECF system and that all filed documents will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew D. Sweet
Matthew D. Sweet

Dated: January 12, 2017