UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MELISSA CATAPANO, an infant by her father and natural guardian, John Catapano, and JOHN CATAPANO, Individually and DANIELLE CATAPANO, an infant by her mother and natural guardian, CHRISTINE CATAPANO and CHRISTINE CATAPANO, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>JIMINY PEAK MOUNTAIN RESORT, LLC and WIEGAND SPORTS, LLC,<br><br>      Defendants. | C.A. NO.: 3:13-cv-30119<br><br>(Consolidated with Lead Case: C.A. No. 3:13-CV-30108-KPN)<br><br><br>**DEFENDANT, WIEGAND SPORTS, LLC'S RESPONSE TO COURT'S PRETRIAL ORDER** |

NOW COMES defendant, Wiegand Sports, LLC, and hereby provides its response to the Court's Procedural Order of April 11, 2017 (Doc. 103). Specifically, Wiegand Sports, LLC states that it does not waive its right to a trial by jury.

                                        Respectfully submitted,
                                        The Defendant
                                        WIEGAND SPORTS, LLC
                                        By Its Attorneys:

Dated: April 19, 2017

                                        _/s/ Jeffrey E. Poindexter_
                                        Jeffrey E. Poindexter (BBO #631992)
                                        Michael D. Roundy (BBO #669357)
                                        BULKLEY, RICHARDSON AND GELINAS LLP
                                        1500 Main Street, Ste. 2700
                                        Springfield, MA 01115
                                        Tel.: (413) 781-2820; Fax: (413) 272-6806
                                        jpoindexter@bulkley.com
                                        mroundy@bulkley.com

- and -

*Admitted Pro Hac Vice*

Frank J. Ciano, Esq.
Vachasaesorn Vivacharawongse, Esq.
Goldberg Segalla, LLP
711 3rd Avenue, Suite 1900
White Plains, NY  10017
Tel:  (646) 292-8700
Fax:  (646) 292-8701
fciano@goldbergsegalla.com
vvivacharawongse@goldbergsegalla.com

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and upon non-registered participants via first class mail, this 19th day of April, 2017.

/s/ *Jeffrey E. Poindexter*

Jeffrey E. Poindexter

2430120v1