UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.C., an infant by her father and natural guardian, John Catapano, and JOHN CATAPANO, Individually and D.C., an infant by her mother and natural guardian, CHRISTINE CATAPANO and CHRISTINE CATAPANO, Individually<br>        Plaintiffs,<br><br>v.<br><br>JIMINY PEAK MOUNTAIN RESORT, LLC and WIEGAND SPORTS, LLC,<br>        Defendants,<br><br>v.<br><br>JOHN CATAPANO,<br>    Third-Party Defendant. | C.A. No. 3:13-cv-30119-MGM<br><br>(Consolidated with Lead Case:<br>C.A. No. 3:13-cv-30108-MGM) |

## SETTLEMENT ORDER OF DISMISSAL

MASTROIANNI, D.J.

The court, having been advised on June 1, 2017, that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action with sixty (60) days if settlement is not consummated.

                                            By the Court:
                                            Robert Farrell, Clerk

6/1/2017                                                  /s/ Timothy Bartlett
Date                                                     Courtroom Deputy Clerk